Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Fred Steffler, pro se. Assistant Attorney General Berge* and *Mr. Warner W. Gardner* for respondent.

No. 636. A. G. REEVES STEEL CONSTRUCTION CO. *v.* WEISS, EXECUTRIX. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. John E. Hughes* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Warren F. Wattles* for respondent.

No. 662. FLIPPIN ET AL. *v.* UNITED STATES. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. J. Forrest McCutcheon* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 670. KRUEGER ET AL. *v.* UNITED STATES. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Arthur T. Vanderbilt* for petitioners. *Assistant Attorney General Clark* and *Messrs. Warner W. Gardner, J. Louis Monarch,* and *Paul R. Russell* for the United States.